FILED
Feb 27 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ angelae  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>v.<br><br>HERIBERTO LOPEZ,<br><br>             Defendant. | Case No. '14 CR 0476 L<br><br>**I N F O R M A T I O N**<br><br>Title 8, U.S.C., Sec. 1326(a) and (b) -Removed Alien Found in the United States (Felony) |

The United States Attorney charges:

On or about January 30, 2014, within the Southern District of California, defendant HERIBERTO LOPEZ, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission to the United States; in violation of Title 8, United States Code, Section 1326(a) and (b).

//
//
//
//
//
//
//

SLE:dlp:San Diego
2/11/14

```
 1        It is further alleged that defendant was removed from the
 2   United States subsequent to March 4, 2013.
 3        DATED: 2/27/14.
 4                                      LAURA E. DUFFY
                                        United States Attorney
 5
 6                                      [signature]
 7                              for      STEVEN LEE
                                         Special Assistant U.S. Attorney
 8
 9
10
...
28
```

2